IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

FILED IN THE
US BANKRUPTCY COURT
DISTRICT OF WYOMING

2011 JAN -3 PM 1: 21

TIM J. ELLIS

BY_____
DEPUTY CLERK

| | |
|---|---|
| In Re: | ) |
| | ) |
| JONES, NICOLAS | ) |
| JONES, HEATHER | ) |
| | ) Case No. 08-20341 |
| | ) Chapter 7 |
| Debtor(s). | ) |

## TRANSMITTAL OF UNCLAIMED FUNDS

Gary A. Barney, Trustee of the above estate, hereby respectfully reports:

1.   That more than ninety days have passed since final distribution under 11 U.S.C. §726 was made in this case and I have stopped payment on all checks remaining unpaid or that more than ninety days have passed since the nominal asset check has been issued and a stop payment has been placed on the remaining unpaid check and reissued to the United States Bankruptcy Court in the amount of $202.90.

2.   That the names of the persons to whom such negotiated checks were issued, the amount of such checks, and their last known addresses are:

| **Name** | **Address** | **Amount** |
|---|---|---|
| Nicolas and Heather Jones | 600 Madison Ave #21<br>Green River, WY<br>82935 | $202.90 |

3.   That the Trustee's check for $ 202.90 payable to the United States Bankruptcy Court is attached to this report and list.

DATED this 29th day of December 2010.

/s/ Gary A. Barney
Gary A. Barney, Trustee